**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 09-02201 VAP(DTBx)                              Date: February 10, 2011

Title:    ALLEN KATZMAN AND ELIZABETH KATZMAN -v- ALLSTATE INSURANCE COMPANY, AN ILLINOIS CORPORATION; WILLIAM CLARK, AN INDIVIDUAL, AND DOES 1 THROUGH 50, INCLUSIVE
===============================================================
PRESENT:       HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

    Marva Dillard                                                     None Present
    Courtroom Deputy                                           Court Reporter

ATTORNEYS PRESENT FOR                              ATTORNEYS PRESENT FOR
PLAINTIFFS:                                                       DEFENDANTS:

    None                                                                   None

PROCEEDINGS:    MINUTE ORDER ORDERING PLAINTIFFS TO SHOW CAUSE WHY THEIR ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE (IN CHAMBERS)

    On October 22, 2009, Plaintiffs Allen and Elizabeth Katzman ("Plaintiffs") filed an action in the Superior Court of California, County of San Bernardino against Defendants Allstate Insurance Company ("Allstate"), William Clark ("Clark"), and Does 1 through 50 (collectively, "Defendants").

    Defendant Allstate removed the action to this Court on December 1, 2009. (Doc. No. 1.) In their Notice of Removal, Allstate asserted that Clark was never

**EDCV 09-02201 VAP(DTBx)**
**ALLEN KATZMAN, et al. v. ALLSTATE INSURANCE COMPANY, et al.**
**MINUTE ORDER of February 10, 2011**

served with the state court complaint and that Plaintiffs failed to state any viable causes of action against Clark under California law. (Id. at 4.) Allstate argued that Clark was thus a fraudulently joined defendant, and that, as they were the only remaining defendant, this Court had diversity jurisdiction over the parties under 28 U.S.C. § 1332(d). (Id.) Plaintiffs did not contest the removal.

On December 3, 2009, Allstate filed a motion for judgment on the pleadings as to Plaintiffs' fourth claim, brought under California's Business and Professions Code § 17200. (Doc. No. 5.) The Court granted the motion on February 22, 2010. (Doc. No. 16.) The parties then stipulated to dismiss Defendant Clark from the case on March 17, 2010, and he was dismissed by the Court from the case on March 26, 2010. (Doc. Nos. 20 & 22.)

Neither party has filed any substantive motions with the Court since March 23, 2010. Accordingly, the Court ORDERS Plaintiffs to show cause, in writing, why the case should not be dismissed for failure to prosecute. Failure to respond to this order before February 20, 2011, will result in dismissal of Plaintiffs' action.

**IT IS SO ORDERED.**