THE CIARDINELLI LAW GROUP, APC Attorneys at Law
J Niswonger, SBN 160237 Kelly
A. Neave, SBN 244107 31594
Railroad Canyon Rd
Canyon Lake, CA 92587 Telephone:
(951) 244-1856 Facsimile: (951) 246-2400

Attorneys for Plaintiffs, ALLEN KATZMAN and ELIZABETH KATZMAN

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN KATZMAN, an individual and ELIZABETH KATZMAN, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, an Illinois corporation; WILLIAM CLARK, an individual, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: ED-CV-09-02201-VAP(DTBx)<br><br>Hon. Virginia A. Phillips<br><br>ORDER RE: STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)(1)(ii) |

Based on the Stipulation of Dismissal with Prejudice Pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii) submitted to the court:

IT IS HEREBY ORDERED that the Stipulation of Dismissal with Prejudice is granted and Case No. ED-CV-09-02201-OP is hereby dismissed with prejudice.

T IS SO ORDERED

Dated: April 28, 2011

_____
Honorable Virginia A. Phillips